James A. McDevitt
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 11 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LUYEN V. DOAN
   (a/k/a "John Doan" and "Tiger"),
JONATHAN TRI DUC NGUYEN,
TRONG V. NGUYEN (a/k/a "Tony"),
KHUONG NGUYEN TRAN,
SOMXAY PHIMMASAHN,
DAVID P. DANG,
JAMES E. MULVANEY,
TRAVIS W. LYMAN,
JASON C. WEEKLY,
RANDY M. LEONG,
ANDREW P. YANCEY,
THUC C. LE (a/k/a "T"),
HUNG QUOC TRINH (a/k/a "Jimmy"),
KHUONG VAN HUYNH (a/k/a "Brian"),
TUAN H. CHAU (a/k/a "Trung Nguyen"),
SAVOUN CHEA (a/k/a "Auntie Sau"),
HES YUN,
TRI THANH NGUYEN;
"BILLY" LNU;
PHUC HUU NGUYEN;
BRANDON J. HIGGINS (a/k/a "Jimmy"),
JACOB D. SUBLIE,
NICOLAS SCOTT CASSELL
   (a/k/a "Scott N. Cassell"),
BENJAMIN J. TENNISON,
KURTIS L. GILLESPIE (a/k/a "Dave"),
AMANDA COOK,

        Defendants.

**CR-09-0015-EFS**

INDICTMENT

Vio: 21 U.S.C. § 846
Conspiracy to Distribute
1000 Kilograms or More
of Marijuana
(Counts 1 & 2)

21 U.S.C. § 853
Criminal Forfeiture
(Count 3)

INDICTMENT - 1
Initial.Indictment.90211.wpd

The Grand Jury Charges:

## COUNT ONE

That beginning on a date unknown, but by no later than the year 2001, until on or about February 10, 2009, in the Eastern District of Washington and elsewhere, LUYEN V. DOAN (a/k/a "John Doan" and "Tiger"), JONATHAN TRI DUC NGUYEN, TRONG V. NGUYEN (a/k/a "Tony"), KHUONG NGUYEN TRAN, SOMXAY PHIMMASAHN, DAVID P. DANG, JAMES E. MULVANEY, TRAVIS W. LYMAN, JASON C. WEEKLY, RANDY M. LEONG, ANDREW P. YANCEY, THUC C. LE (a/k/a "T"), and others not known to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: conspiracy to distribute 1000 kilograms or more of Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vii), all in violation of 21 U.S.C. § 846.

## COUNT TWO

That beginning on a date unknown, but by no later than the year 2005, until on or about February 10, 2009, in the Eastern District of Washington and elsewhere, THUC C. LE (a/k/a "T"), HUNG QUOC TRINH (a/k/a "Jimmy"), KHUONG VAN HUYNH (a/k/a "Brian"), TUAN H. CHAU (a/k/a "Trung Nguyen"), SAVOUN CHEA (a/k/a "Auntie Sau"), HES YUN, TRI THANH NGUYEN, "BILLY" LNU, PHUC HUU NGUYEN, BRANDON J. HIGGINS (a/k/a "Jimmy"), JACOB D. SUBLIE, NICOLAS SCOTT CASSELL (a/k/a "Scott N. Cassell"), BENJAMIN J. TENNISON, KURTIS L. GILLESPIE (a/k/a "Dave"), AMANDA COOK, and others not known to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown to the Grand Jury, to commit

INDICTMENT - 2
Initial.Indictment.90211.wpd

1  the following offense against the United States, to wit: conspiracy to distribute
2  1000 kilograms or more of Marijuana, a Schedule I controlled substance, in
3  violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vii), all in violation of 21 U.S.C. §
4  846.

## COUNT THREE

Upon conviction of the controlled substance offense alleged in Count One of this Indictment, Defendants shall forfeit the assets as outlined below, to the United States pursuant to 21 U.S.C. § 853, as property constituting or derived from proceeds obtained, directly or indirectly, as a result of the said violation[s]; and/or as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation[s], including but not limited to the following:

Defendant LUYEN V. DOAN (a/k/a "John Doan" and "Tiger"), shall forfeit the following real properties further described as follows:

<u>3525 North Division Street, Spokane, Washington,</u>

Lots 1, 2 and 3 and the North 4 feet of Lot 4 in Block 4 of Monterey Park, as per Plat thereof recorded in Volume "E" of Plats, Page 22;

Except Portion conveyed to State of Washington for State Route 2, as described in Warranty Deed recorded under Auditor's File No. 9407180016;

Situate in the City of Spokane, County of Spokane, State of Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

<u>331 Southshore Diamond Lake Road, Newport/Diamond Lake, Washington:</u>

Lot 16 of Tarbet's Beach, according to the recorded Plat thereof; Section 1, Township 30 North, Range 44 E.W.M., Pend Oreille County, Washington.

Together with all appurtenances, fixtures, attachments thereto and

INDICTMENT - 3
Initial.Indictment.90211.wpd

thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Tax Parcel No. 443001-63-9015.

Parcel Number 48N04W084800, Vacant Land in Kootenai County, Idaho:

NW-SE lying N of Road, Section 08, Township 48N, Range 04W.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Parcel Number 46292.9077, Vacant Land in Spokane County, Washington:

That part of the Southwest Quarter of the Northwest Quarter of Section 29, Township 26 North, Range 44 East, W.M., described as follows:

Beginning at the Northwest corner of said Southwest Quarter of the Northwest Quarter of Section 29; Thence North 89°57' East, along the North line of said Southwest Quarter of the Northwest Quarter of Section 29, 995.8 feet; Thence South 3°06' East, 512.6 feet; Thence South 89°51' West, 1020.8 feet, more or less, to the West line of said Section 29; Thence North 0°20' West, along the West line of said Section 29, 513.6 feet to the Point of Beginning.

EXCEPT Right of Way for Bruce Road;

AND EXCEPT for the following described parcel:
Beginning at the Northwest corner of said Southwest Quarter of the Northwest Quarter of Section 29; Thence North 89°57' East, along the North line of said Southwest Quarter of the Northwest Quarter of said Section 29, 995.8 feet; Thence South 3°06' East, 256.3 feet to the True Point of Beginning; Thence South 3°06' East, 256.3 feet; Thence South 89°51' West, 1,020.8 feet, more or less to the West line of said Section 29; Thence North 0°20' West, along the West line of said Section 29 to Point of Intersection of said West line with the East boundary line of Bruce Road; Thence generally Northeasterly measured along the East boundary line of said Bruce Road, a distance of 30 feet to a point; Thence on a line drawn at a 45° angle from the West line of said Section 29 and running through the above-described point on the East boundary of Bruce Road, Southeasterly to a point where said line intersects with a straight line drawn Westerly from the True Point of Beginning of this description; Thence Easterly along said straight line to the True Point of Beginning.

Situate in the County of Spokane, State of Washington.

INDICTMENT - 4
Initial.Indictment.90211.wpd

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Defendant JONATHAN TRI DUC NGUYEN, shall forfeit the following real property further described as follows:

<u>10664 Rainier Avenue South, Seattle, Washington:</u>

Real property in the County of King, State of Washington, described as follows

A strip of land 40 feet in width lying between the Northerly right of way of Pacific Highway and the inner harbor line of Lake Washington, being adjacent parallel and Westerly of a line described as follows

BEGINNING at a point on the East-West center line of Section 1, Township 23 North, Range 4 East, W M, being the South boundary of the City of Seattle, 304.38 feet South 86°54'24" East of the center of Section 1,

Thence South 51°14'45" East a distance of 1324.28 feet,

Thence on the arc of a curve to the right having a radius of 5,772.15 feet, a distance of 35.96 feet to the POINT OF BEGINNING of said line,

Thence North 38°45'15" East of distance of 200 feet, more or less, to the inner harbor line of Lake Washington,

EXCEPT a strip of land formerly used by Seattle, Renton and Southern railroad right of way,

TOGETHER WITH that certain property as conveyed by Recording No. 8906240738

(Being known as Lot 15, Block 2, EBAWOOD ADDITION, according to the unrecorded plat thereof)

Tax Parcel Number 2220400160

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Defendant JAMES E. MULVANEY, shall forfeit the following real

INDICTMENT - 5

Initial.Indictment.90211.wpd

property further described as follows:

<u>4138 South Tricia Court, Spokane, Washington</u>:

Lot 6, Block 1, Whispering Pines, as per Plat recorded in Volume 17 of Plats, Page 68;

Situate in the City of Spokane, County of Spokane, State of Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Parcel No. 35344.1906.

Defendant RANDY M. LEONG, shall forfeit the following real property further described as follows:

<u>17914 East Montgomery Avenue, Greenacres, Washington</u>

Lot "B", Short Plat No. SP-896-93 as per Plat recorded in Volume 10 of Plats, Page 38, records of Spokane County;

Situate in the County of Spokane, State of Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

Defendant THUC LE (a/k/a "T"), shall forfeit the following real properties further described as follows:

<u>3219 East Courtland Avenue, Spokane, Washington</u>

Lot 9, Block 25, Minnehaha Addition, as per Plat recorded in Volume "A: of Plats, Page 94, records of Spokane County;

Situate in the City of Spokane, County of Spokane, State of Washington

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

INDICTMENT - 6
Initial.Indictment.90211.wpd

<u>3419 East Fairview Avenue, Spokane, Washington</u>

Lot 11, Block 2, Peter Sapro's Riverside Addition, as per Plat recorded in Volume "A" of Plats, Page 206, records of Spokane County.

Situate in the City of Spokane, County of Spokane, State of Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

<u>1717 East Cataldo Avenue, Spokane, Washington</u>

Lot 9, Block 50, Subdivision of School Section 16, Township 25 North, Range 43 East of the Willamette Meridian, as per Plat recorded in Volume "D" of Plats, Page 100, Records of Spokane County;

Situate in the City of Spokane, County of Spokane, State of Washington.

Together with all appurtenances, fixtures, attachments thereto and thereupon.

Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a). cannot be located upon the exercise of due diligence;

(b). has been transferred or sold to, or deposited with, a third party;

(c). has been placed beyond the jurisdiction of the court;

(d). has been substantially diminished in value; or

(e). has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek

INDICTMENT - 7
Initial.Indictment.90211.wpd

1 forfeiture of any other property of said Defendant(s) up to the value of the
2 forfeitable property described above.
3
4     DATED this __11__ day of February, 2009.
5                                         A TRUE BILL
6
7
8
   James A. McDevitt
9  United States Attorney
10
11 Russell E. Smoot
   Assistant United States Attorney
12

INDICTMENT - 8
Initial.Indictment.90211.wpd