UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES E. MULVANEY,<br><br>        Defendant. | No. CR-09-015-EFS-7<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY |

Before the court is Defendant JAMES E. MULVANEY'S Motion to Modify Conditions of Release regarding home detention only. The Defendant, by and through his attorney of record, contends the Defendant has complied with all terms and conditions of his release, including substance abuse evaluations and treatment. Furthermore, Defendant contends that home detention does not allow the Defendant to work outside the Eastern District of Washington, as is sometimes required by his employer. Mr. Mulvaney understands that all other terms and conditions of his release will remain in full force and effect, including written permission from his probation officer to leave the Eastern District of Washington.

The Defendant's Probation Officer, Anne Sauther, has no objections to removing home detention from the Defendant's conditions of release. There has been no response from the United States.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 1

1    **IT IS ORDERED** that the Motion to Modify Conditions of Release
2    **(Ct. Rec. 693)** is **GRANTED**.  The requirement of home detention is
3    hereby removed.  All other conditions of release shall remain in
4    full force and effect.
5    DATED May 18, 2009.

                            S/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 2