```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF WASHINGTON
 3
 4  UNITED STATES OF AMERICA,    )
                                 )    CASE # CR-09-015-EFS-7
 5             Plaintiff,        )
                                 )    ORDER MODIFYING PRE-TRIAL
 6  vs.                          )    RELEASE CONDITIONS
                                 )
 7                               )
    JAMES E. MULVANEY,           )
 8                               )
                                 )
 9             Defendant.        )
    _____)
10
11           IT IS HEREBY ORDERED that the Defendant, James E.
12  Mulvaney, may be allowed to leave the Eastern District of Washington
13  on the following conditions:
14           1. Defendant must notify his probation officer, Anne
15  Sauther, before he leaves the District;
16           2. Defendant must specifically advise his probation
17  officer where he will be staying outside the district;
18           3. Defendant's absence from the District must not
19  interfere with the Defendant's treatment program(s);
20           4. Defendant will continue to be required t call in every
21  day to determine if he must take a urinalysis test (UA). If
22  Defendant is out of the District when he is required to take a UA
23  then he must immediately call the probation officer or a duty
24  officer and get permission to take a UA at a different time. The
25  probation officer at his/her discretion may require alternative
26  testing at a laboratory in the area where Defendant is located. If
27  alternative testing is done, the Defendant must disclose the results
28  as soon as available and/or authorize the immediate release of said
```

ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS - 1

results by the testing facility.

**IT IS ORDERED,** that the Motion to Modify Conditions of Release is GRANTED. **(Ct. Rec. 1023)**

The requirement of home detention is hereby removed. All other Conditions of Release previously entered in this matter shall remain in effect.

DATED this 3rd day of September, 2009.

s/ James P. Hutton
JAMES  P.  HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS - 2