PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     James E. Mulvaney     Docket No.     2:09CR00015-7

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Anne Sauther, Pretrial Services officer, presenting an official report upon the conduct of defendant James Mulvaney who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, Washington, on the 27th day of February 2009 under the following conditions:

**Condition # 1:** Defendant shall not commit any offense in violation of Federal, state or local law. Defendant shall advise the supervising pretrial services officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation # 1:** James Mulvaney was arrested on December 29, 2009, by the Spokane Police Department for 4th degree assault-domestic violence.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Executed on: 12/30/2009 |
| by | s/Anne Sauther |
|  | Anne Sauther
U.S. Probation Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/31/09
Date