Michael C. Ormsby
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES E. MULVANEY, ) <br> ) <br> Defendant. ) | 09-CR-00015-EFS-07 <br><br> Motion for Detention Hearing <br><br> 02/08/13 <br> With Oral Argument: 1:30 p.m. |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves:

    ☐ Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117),

    ☐ Maximum penalty of life imprisonment or death,

    ☐ Drug offense with maximum penalty of 10 years or more,

    ☐ Felony, with two prior convictions in above categories,

    ☐ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. section 2250,

    ☒ Serious risk Defendant will flee, or

    ☒ Serious risk obstruction of justice.

Motion for Detention Hearing - 1
P30207LH.RSA.wpd

2. <u>Reason For Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure:

- ☒ Defendant's appearance as required, or
- ☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against Defendant under Section 3142(e). The presumption applies because there is probable cause to believe Defendant committed:

- ☐ Drug offense with maximum penalty of 10 years or more,
- ☐ 18 U.S.C. § 924(c) firearms offense, or
- ☐ Kidnaping, sexual crimes, or child pornography offenses.

4. <u>Time For Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

- ☐ At the first appearance, or
- ☒ After a continuance of three days.

5. <u>Other Matters</u>.

- ☐

DATED February 7, 2013.

Michael C. Ormsby
United States Attorney

s/Russell E. Smoot

Russell E. Smoot
Assistant United States Attorney

Motion for Detention Hearing - 2
P30207LH.RSA.wpd

1 | I hereby certify that on February 7, 2013, I electronically filed the
2 | foregoing with the Clerk of the Court using the CM/ECF System.

5 | s/Russell E. Smoot

7 | Russell E. Smoot
8 | Assistant United States Attorney

Motion for Detention Hearing - 3
P30207LH.RSA.wpd