Michael C. Ormsby
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES E. MULVANEY, <br><br> Defendant. | CR-09-15-EFS-7 <br><br> Memorandum RE: Supervised Release Hearing |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Russell E. Smoot, Assistant United States Attorney for the Eastern District of Washington, pursuant to this Courts order, see ECF Doc. 3008, the United States' provides the following:

If this matter is not continued and if the Defendant contested the allegations the United States' anticipates testimony from two of the officers involved in the Theft investigation (SPD McMurtrey and SCSO Shover) and testimony from USPO P.J. Dennis in reference to the other allegations. As previously stated in the

Memorandum RE: Supervised Release Hearing- 1
P30319LH.RSC.wpd

response to the Defendant's Motion to Continue the United States' believes that if all allegations are contested the hearing could take 1-2 hours.

DATED March 19, 2013.

        Michael C. Ormsby
        United States Attorney

        s/Russell E. Smoot

        Russell E. Smoot
        Assistant United States Attorney

I hereby certify that on March 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

    Colin George
    Matthew Campbell
    Federal Defenders of Eastern Washington and Idaho
    10 North Post
    Spokane, WA 99201

        s\ Russell E. Smoot

        Russell E. Smoot
        Assistant United States Attorney