**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**MAGISTRATE JUDGE JOHN T. RODGERS**

**2:09-CR-0015-EFS-7**
**USA  v. JAMES E. MULVANEY**

INITIAL APPEARANCE - PETITION: 1/15/15

| | | | |
|---|---|---|---|
| [ X ] | Honorable John T. Rodgers | [ X ] | Jim Goeke, USAtty |
| [ X ] | Melissa Orosco, Courtroom Deputy | [ X ] | Robert Fischer, Federal Defenders |
| [ X ] | Stephanie Cherney, Pretrial / Probation | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Remarks

Defendant appeared with counsel and was advised of his rights and the allegation of violation of conditions of release. Based on the information contained in the Financial Affidavit, the Court appointed the Federal Defender. The Government filed a motion for detention as defendant did not appear for hearing yesterday, but withdrew motion once he heard defendant's proffer. Defendant to continue under release conditions previously set, appear for all hearings, and maintain contact with his Probation Officer and counsel as directed.

*REVOCATION HEARING [S/EFS]:*   *March 24, 2015 at 10:15 a.m.*

FTR /S-740    *    2:11 – 2:22  PM
**INITIAL APPEARANCE - PETITION: 1/15/15**