AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>James Mulvaney<br><br>*Defendant* | )<br>)<br>)   Case No.  CR-09-15-EFS-7<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

*PLEASE ARRIVE 30 MINUTES EARLY WITH PROPER IDENTIFICATION*

| Place: | ☑ United States Courthouse<br>West 920 Riverside Avenue<br>Spokane, WA 99201 | ☐ United States Courthouse<br>25 South 3rd Street<br>Yakima, WA 98901 | ☐ United States Courthouse<br>825 Jadwin Avenue<br>Richland, WA 99352 |
|---|---|---|---|

Date: **Monday, March 2, 2015**    Time: **1:30 p.m.**    Courtroom 740A - Magistrate Judge Rodgers

Defendant's Address: [REDACTED]

This offense is briefly described as follows:

See Petition/Order filed February 10, 2015

Date: Feb 10, 2015, 9:18 am

CLERK OF COURT

By: /s/
SEAN F. McAVOY, Clerk

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 2-11-15

Server's signature

STORY SCHANKE, DUSM
*Printed name and title*

UNITED STATES MARSHALS SERVICE
EASTERN DISTRICT OF WASHINGTON
Process Cost Worksheet

Case #:  CR-09-15-EFS-7
Case Caption:  James Mulvaney vs. USA
Person to be served:  James Mulvaney
Actual Address:  367 SE 4th St, East Wenatchee, WA

| REGULAR DUTY HOURS | | | |
|---|---|---|---|
| Number of Items | Service Fee | Within 2 hrs or add'l hours | TOTAL |
| 2 | $65.00 | 4 hours | $130.00 |
| | $20.00 | | $0.00 |
| **OVERTIME SERVICES** | | | |
| Number of Items | Service Fee | Within 2 hrs or add'l hours | TOTAL |
| | $50.00 | | $0.00 |
| | $25.00 | | $0.00 |
| (If both regular duty and overtime hours were used, both minimum charges should be charged) | | | |
| **ADDITIONAL DEPUTIES** | | | |
| Number of Items | Service Fee | Reg hours/OT hours | TOTAL |
| 2 | $65.00 | 4 hours | $130.00 |
| | $25.00 | | $0.00 |
| | | *****Total Process Fees***** | $260.00 |
| **OTHER EXPENSES** | | | |
| Mileage | 222 | .565 | $125.43 |
| Photocopies | 1 | .10 | $.10 |
| Out of Pocket Expenses | | | |
| | | *****Total Other Expenses***** | $125.53 |
| **ADDITIONAL COSTS** | | | |
| Forwarding Fee | | $3.00 | $0.00 |
| Service by Mail | | $3.00 | $0.00 |
| | | *****Total Additional Costs***** | $0.00 |
| | | **GRAND TOTAL** | $385.53 |

Deputy: *[signature]*    Date: 02/11/2015
(Print)  Story Schankel #4613