PROB 12C
(7/93)

Report Date: February 12, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James E. Mulvaney | Case Number: 0980 2:09CR00015-EFS-7 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 21, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 100 Kilograms or More of Marijuana, 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B)(vii) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 18 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: | September 6, 2013 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | March 14, 2016 |

### PETITIONING THE COURT

**To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on December 30, 2014, and February 06, 2015.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Mulvaney eluded law enforcement on February 11, 2014.<br><br>On February 11, 2015, the United States Marshals Services went to Mr. Mulvaney's residence to serve a supervised release violations summons, in addition to serving two outstanding warrants from Douglas County Superior Court and Chelan County District Court.  According to the arresting U.S. marshal, the defendant was located outside his residence. Upon approaching Mr. Mulvaney, he ran into the house then escaped out the back door, which resulted in an ensuing chase through the neighborhood's backyards.  Mr. Mulvaney was ordered to stop by the U.S. marshal but failed to comply.  The defendant was subsequently apprehended and taken into custody. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear

**Prob12C**
**Re: Mulvaney, James E.**
**February 12, 2015**
**Page 2**

to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 12, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer
February 12, 2015

Date