# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James E. Mulvaney | Case Number: 0980 2:09CR00015-EFS-7 |

Address of Offender: ▮

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 21, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 100 Kilograms or More of Marijuana, 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B)(vii) | | |
| Original Sentence: | Prison 18 months; TSR - 48 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: September 6, 2013 | |
| Defense Attorney: | Andrea George | Date Supervision Expires: March 14, 2016 | |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/30/2014, and 02/10/2015.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Mulvaney was charged in Douglas County Superior Court, East Wenatchee, Washington, cause number 15-1-00039-3, with count 1: Forgery; On or about January 11, 2015, in the State of Washington, James Edward Mulvaney, with intent to injure or defraud, did falsely make, completed or alter a written instrument, and/or did possess, utter, offer, dispose of, or put off as true a written instrument which the defendant knew to be forged, to-wit: an altered or fictitious check to the Buzz Inn. |
| | Count 2: Theft in the Second Degree; On or about January 11, 2015, in the State Washington, James Edward Mulvaney, did wrongfully obtain or exert unauthorized control over the property or services of another or the value thereof, having a value exceeding $750, with intent to deprive him or her of such property or services, to-wit: did commit theft of $870 from Buzz Inn. His next scheduled hearing is April 20, 2015. |
| 11 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: Mr. Mulvaney was charged in Douglas County Superior County, East Wenatchee, Washington, cause number 15-1-00038-5, with Count 1: Bail Jumping [Failure To Appear for Class B or C felony]. On or about February 2, 2015, in the State of Washington, James Edward Mulvaney, having been released by court order or admitted to bail with knowledge of the requirement of subsequent personal appearance before a court of this state or of the requirement to report to a correctional facility for service of sentence, did fail to appear or did fail to surrender for service of sentence as required in Douglas County Superior Cause No. 14-1-00168-5, after having been held for, charge with, or convicted of a Class B or Class C felony. His next scheduled appearance on this matter is on April 20, 2015.

Mr. Mulvaney failed to attend his court hearing on February 2, 2015, in Douglas County Superior Court. This officer spoke with the defendant on the phone on February 4, 2015, and he advised his state attorney told him the U.S. Marshal Service was going to be at the hearing and were going to be taking him into custody. He decided not to attend the hearing, leading to the new charge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 14, 2015

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

April 15, 2015

Date